UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C. MICHAEL KAMPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-581-B |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| SETERUS, INC., and FEDERAL | § | |
| NATIONAL MORTGAGE | § | |
| ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay (doc. 5), filed March 11, 2014. Having reviewed the Motion and other pleadings in this case, the Court finds that the Motion should be, and hereby is, **GRANTED**. The Court therefore **ORDERS** that this case be stayed until the earliest of (1) a final opinion by the Texas Supreme Court on the certified questions in *Sims v. Carrington Mortgage Services, LLC*, No. 12-10978, 538 F. App'x 537 (5th Cir. 2013), or (2) a motion of a party showing good cause why the stay should be lifted. The Court further **ORDERS** the parties to provide a joint status report to the Court every forty-five (45) days from the date of this order, which shall update the Court as to any changes or circumstances that may affect the resolution of this case.

SO ORDERED.

SIGNED: March 12, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE