IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C. MICHAEL KAMPS | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BANK OF AMERICA, N.A., | § | CIVIL ACTION NO. 3:14-cv-581 |
| SETERUS, INC., AND | § | |
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION, | § | |
| Defendants. | § | |
| | § | |

**JOINT STATUS REPORT OF JUNE 9, 2014**

Plaintiff C. Michael Kamps and Defendants Seterus, Inc., Bank of America, N.A., and Fannie Mae file this Joint Status Report in accordance with the Court's Order Granting Joint Motion to Stay [Doc. 6]. The court stayed this case pending a "final" decision by the Texas Supreme Court on certified questions in *Sims v. Carrington Mortg. Svcs., LLC,* No. 12-10978, 538 F. App'x 537 (5th Cir. 2013).

The Texas Supreme Court has issued a decision, but that decision is not yet final. On May 16, 2014, *Sims* held that a "modification" can add past-due sums into the principal of a mortgage loan without complying with all the requirements for the origination of a home equity loan under Tex. Const. art. XVI, § 50(a)(6). *See Sims v. Carrington Mortg. Svcs., LLC*, No. 13-0638, 2014 WL 1998397 (Tex. May 16, 2014).[1]

The *Sims* plaintiffs alleged and believe the decision *Sims* decision failed to address a separate category of funds, *future* property taxes and insurance not yet due at the time of the "modification" or "restructuring" and have sought rehearing

---

[1] A courtesy copy of the decision is attached as Exhibit A.

on that issue.[2]  Mr. Kamps has likewise alleged future sums were added to his loan. [Doc. 1 at 3-4, ¶¶ 11].

    DATED: June 9, 2014.

    Respectfully submitted,
**/s/ J. Patrick Sutton**
J. Patrick Sutton
Texas Bar No. 24058143
1706 W. 10th Street
Austin, Texas 78703
Tel. (512) 417-5903
Fax (512) 355-4155
Attorney for Plaintiffs

**By:  /s/ WAH WEP JPS**
Walter A. Herring
Texas Bar No. 09535300
walt.herring@bryancave.com
James C. Walk
Texas Bar No. 24047050
jamie.walk@bryancave.com
Keitha M. Wright
Texas Bar No. 24075310
keitha.wright@bryancave.com
BRYAN CAVE LLP
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721-8000
(214) 721-8100

COUNSEL FOR DEFENDANT
BANK OF AMERICA, N.A. AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

**By: /s/ MDC WEP JPS**
MARK D. CRONENWETT
mcronenwett@mwzmlaw.com
MACKIE WOLF ZIENTZ & MANN, PC
14160 North Dallas Parkway, Ste. 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

---

[2] A courtesy copy of that motion is attached as Exhibit B.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served as indicated on June 9, 2014, to the following:

By: /s/ Walter A. Herring
Walter A. Herring
Texas Bar No. 09535300
walt.herring@bryancave.com
James C. Walk
Texas Bar No. 24047050
jamie.walk@bryancave.com
Keitha M. Wright
Texas Bar No. 24075310
keitha.wright@bryancave.com
BRYAN CAVE LLP
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721-8000
(214) 721-8100

MARK D. CRONENWETT
mcronenwett@mwzmlaw.com
MACKIE WOLF ZIENTZ & MANN, PC
14160 North Dallas Parkway, Ste. 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

/s/ JPS
J. Patrick Sutton